AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Cameron Padgett,

          V.

Neville G. Pinto, *in his personal and official capacities as President of the University of Cincinnati,*

Case Number: 1:18cv13

Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that the PRELIMINARY PRETRIAL CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 227 |
| | DATE AND TIME |
| | February 26, 2018 at 2:00 PM |

SPECIAL INSTRUCTIONS:

1. Discovery Conference to be held and initial written settlement demand to be made no later than January 29, 2018.
2. Filing of Discovery Plan and written response to the settlement demand due no later than February 12, 2018.
3. Ex Parte status and or settlement letters (as more fully set forth in Judge Dlott's Standing Order) are to be submitted to dlott_chambers@ohsd.uscourts.gov three (3) business days prior to the preliminary pretrial conference.

                                      Richard Nagel, CLERK

                                      ___s/Vicki Penley_____
                                      Vicki Penley
                                      Administrative Assistant
                                      (513) 564-7630