UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **CAMERON PADGETT,** | Case No. 1:18-cv-00013-SJD |
| Plaintiff, | Hon. Susan J. Dlott |
| v. | |
| **NEVILLE G. PINTO,** | |
| Defendant. | |

**STIPULATED ORDER WITHDRAWING DEFENDANT'S FED. R. CIV. P. 12(C) MOTIONS, DISMISSING WITHOUT PREJUDICE PLANTIFF'S CLAIMS AGAINST DEFENDANT IN DEFENDANT'S PERSONAL CAPACITY, AND CLARIFYING THAT PLAINTIFF IS SEEKING ONLY ATTORNEY'S FEES, INJUNCTIVE RELIEF, AND DECLARATORY RELIEF FROM DEFENDANT IN DEFENDANT'S OFFICIAL CAPACITY**

By stipulation of Cameron Padgett ("Plaintiff") and Neville G. Pinto ("Defendant"), by and through their respective attorneys, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. Defendant's two (2) motions for judgment on the pleadings which invoke Fed. R. Civ. P. 12(C) are withdrawn without prejudice. (Dockt. Nos. 10 and 11.)

2. Plaintiff's claims against Defendant in Defendant's personal capacity are dismissed without prejudice.

3. Plaintiff is seeking only attorney's fees, declaratory relief, and injunctive relief against Defendant in Defendant's official capacity. Plaintiff is not seeking nominal, special, general, or punitive damages against Defendant in Defendant's official capacity.

IT IS SO ORDERED.

                                                Susan J. Dlott
                                                District Court Judge

Dated: _____

Approved as to Form and Content:

| **KOLENICH LAW OFFICE** | **ISAAC, WILES, BURKHOLDER & TEETOR, LLC** |
|---|---|
| /s/ James E. Kolenich | /s/ Mark Landes |
| James E. Kolenich (#0077084) | Mark Landes (#0027227) |
| 9435 Waterstone Blvd. #140 | 2 Miranova Pl., Ste. 700 |
| Cincinnati OH 45249 | Columbus, OH 43215 |
| (T): (513) 444-2150 | (T): (614) 221-2121 |
| (F): (586) 408-6384 | (F): (614) 365-9516 |
| (E): Jek318@gmail.com | (E): mlandes@isaacwiles.com |
| *Attorney for Cameron Padgett* | *Attorney for Neville G. Pinto* |
| Dated: March 2, 2018 | Dated: February 27, 2018 |