# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Cameron Padgett, | : | |
| Plaintiff, | : | Case No. 1:18-cv-13 |
| vs. | : | Judge Susan J. Dlott |
| Neville G. Pinto, | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against all Defendant(s) pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Stipulations agreed to between below listed Counsel and memorialized by e-mail on April 23, 2018 are binding on the parties and incorporated into this dismissal. Each party to bear their own attorney's fees and costs.

/s/ Mark Landes
**Mark Landes       (0027227)**
E-mail: mlandes@isaacwiles.com
**Mark Weaver       (0065769)**
E-mail: mweaver@isaacwiles.com
**Andrew Yosowitz    (0075306)**
E-mail: ayosowitz@isaacwiles.com
**Shawn K. Judge    (0069493)**
E-mail: sjudge@isaacwiles.com
**Isaac, Wiles, Burkholder & Teetor, LLC**
2 Miranova Place, Suite 700
Columbus, Ohio 43215
Tel: 614-221-2121; Fax: 614-365-9516
*Attorneys for Defendant*

/s/ James E. Kolenich per email authority 4/24/2018
**James E. Kolenich**
E-mail: Jek318@gmail.com
**KOLENICH LAW OFFICE**
9435 Waterstone Blvd. 3140
Cincinnati, OH 45249
Tel: (513) 444-2150; Fax (513) 297-6065
*Attorney for Plaintiff Cameron Padgett*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mark Landes
Mark Landes (0027227)